| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
|   | LAURENCE F. PADWAY  Bar No. 89314 |
| 2 | 1516 Oak Street, Suite 109 |
|   | Alameda, California 94501 |
| 3 | Telephone:  (510) 814-0680 |
|   | Facsimile:  (510) 814-0650 |
| 4 | |
|   | LAW OFFICES OF DAVID J. LINDEN |
| 5 | DAVID J. LINDEN  Bar No. 41221 |
|   | Post Office Box 5780 |
| 6 | Napa, California 94581 |
|   | Telephone:  (707) 252-7007 |
| 7 | Facsimile:  (707) 252-7883 |
| 8 | Attorneys for Plaintiff |
|   | DARIANN LOPEZ |
| 9 | |
| 10 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|    | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 11 | DENNIS G. ROLSTAD  Bar No. 150006 |
|    | MICHELLE Y. McISAAC  Bar No. 215294 |
| 12 | One Market Plaza |
|    | Steuart Tower, 8th Floor |
| 13 | San Francisco, California 94105 |
|    | Telephone: (415) 781-7900 |
| 14 | Facsimile: (415) 781-2635 |
| 15 | Attorneys for Real Party In Interest |
|    | HARTFORD LIFE GROUP INSURANCE COMPANY |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | DARIANN LOPEZ, | CASE NO. C06-1657 CRB |
| 20 | Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| 21 | v. | |
| 22 | SCHOLASTIC INC. GROUP DISABILITY PLAN, | |
| 23 | Defendant. | |
| 24 | HARTFORD LIFE GROUP DISABILITY PLAN, | |
| 25 | | |
| 26 | Real Party In Interest. | |

27      Pursuant to Northern District Local Rule 6-1, plaintiff Dariann Lopez ("Lopez") and Real

28 Party In Interest Hartford Life Group Insurance Company ("Hartford") by and through their

1  attorneys of record herein, hereby stipulate and agree that Hartford and defendant Scholastic Inc.

2  Group Disability Plan shall have an extension, to and until June 16, 2006, with which to file and

3  serve their responses to Lopez' complaint in this action.

4      IT IS SO AGREED AND STIPULATED.

5  DATED: May 15, 2006    LAW OFFICES OF LAURENCE F. PADWAY
    LAW OFFICES OF DAVID J. LINDEN

6

7

    By:s/Laurence F. Padway
8      LAURENCE F. PADWAY
    DAVID J. LINDEN
9      Attorneys for Plaintiff
    DARIANN LOPEZ

10

11

12  DATED: May 15, 2006    SEDGWICK, DETERT, MORAN & ARNOLD LLP

13

14

    By:s/Dennis G. Rolstad
15      DENNIS G. ROLSTAD
    MICHELLE Y. McISAAC
16      Attorneys for Real Party In Interest
    HARTFORD LIFE GROUP INSURANCE COMPANY

17

18

19

20      May 18, 2006

21

22  IT IS SO ORDERED
Judge Charles R. Breyer

23

24

25

26

27

28