Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-6100
Facsimile : (510)814-0650

David J. Linden, #41221
Post Office Box 5780
Napa, CA 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for Plaintiff

Bruce D. Celebrezze, #102181
Dennis G. Rolstad, #150006
Michelle McIssac, #215294
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Stuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIANN LOPEZ | No. C06-1657 CRB |
| Plaintiff, vs. | STIPULATION AND ~~(PROPOSED)~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| SCHOLASTIC INC. GROUP DISABILITY PLAN, | |
| Defendant | |
| HARTFORD LIFE GROUP INSURANCE COMPANY, | |
| Real Party in Interest | |

Stipulation and (Proposed) Order Continuing
Case Management Conference                                                1                                              C06 1657 CRB

1    Whereas, the court scheduled the initial case management conference in the above

2  matter for June 23, 2006 at 8:30 a.m., and

4    Whereas, counsel for plaintiff is set for trial in Alameda County Superior court on

5  June 23, 2006 at 8:45 a.m. in another case, and

7    Now therefore the parties request the court continue the case management conference

8  to June 30, 2006 at 8:30 a.m.

10  Dated: June 19, 2006    /s/ _____
                                   Laurence F. Padway
11                                     Attorneys for Plaintiff

12  Dated: June 19, 2006    /s/ _____
13                                   Dennis G. Rolstad
                                     Attorneys for Defendant

16                              [Proposed]

17    ORDER CONTINUING CASE MANAGEMENT CONFERENCE

18    Good cause appearing, the case management conference is continued from June 23,

19  2006, to June 30, 2006 at 8:30 a.m.

22                          Hon. Charles R. Breyer
                                   United States District Judge

24  June 20, 2006

*IT IS SO ORDERED — Judge Charles R. Breyer*