1   LAW OFFICES OF LAURENCE F. PADWAY
    LAURENCE F. PADWAY  Bar No. 89314
2   1516 Oak Street, Suite 109
    Alameda, California 94501
3   Telephone:  (510) 814-0680
    Facsimile:  (510) 814-0650
4
    LAW OFFICES OF DAVID J. LINDEN
5   DAVID J. LINDEN  Bar No. 41221
    Post Office Box 5780
6   Napa, California 94581
    Telephone:  (707) 252-7007
7   Facsimile:  (707) 252-7883

8   Attorneys for Plaintiff
    DARIANN LOPEZ
9

10  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE  Bar No. 102181
11  DENNIS G. ROLSTAD  Bar No. 150006
    MICHELLE Y. McISAAC  Bar No. 215294
12  One Market Plaza
    Steuart Tower, 8th Floor
13  San Francisco, California 94105
    Telephone: (415) 781-7900
14  Facsimile: (415) 781-2635

15  Attorneys for Defendant
    SCHOLASTIC INC. GROUP DISABILITY PLAN
16

17                 UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19  DARIANN LOPEZ,                    CASE NO. C06-1657 CRB

20         Plaintiff,                 **STIPULATION AND [PROPOSED]
                                       ORDER RE DISMISSAL OF ENTIRE
21         v.                         ACTION WITH PREJUDICE**

22  SCHOLASTIC INC. GROUP
    DISABILITY PLAN,
23
           Defendant.
24  ─────────────────────────────
    HARTFORD LIFE GROUP INSURANCE
25  COMPANY,

26         Real Party In Interest.

27        IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Dariann

28  Lopez and defendant Scholastic Inc. Group Disability Plan, by and through their respective

1   attorneys of record herein, that the parties have resolved this matter in its entirety, and that the

2   parties to date have complied with the written settlement agreement.

3          IT IS THEREFORE STIPULATED AND AGREED that this entire action, including any

4   and all claims against the real party in interest, Hartford Life Group Insurance Company, shall be

5   dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

6   DATED:  October 16, 2006          LAW OFFICES OF LAURENCE F. PADWAY
                                      LAW OFFICES OF DAVID J. LINDEN
7

8
                                      By:s/Laurence F. Padway
9                                        LAURENCE F. PADWAY
                                         DAVID J. LINDEN
10                                       Attorneys for Plaintiff
                                         DARIANN LOPEZ
11

12

13  DATED:  October 17, 2006          SEDGWICK, DETERT, MORAN & ARNOLD LLP

14

15
                                      By:s/Dennis G. Rolstad
16                                       DENNIS G. ROLSTAD
                                         MICHELLE Y. McISAAC
17                                       Attorneys for Defendant
                                         SCHOLASTIC INC. GROUP DISABILITY PLAN
18

19                                    ORDER

20          IT IS SO ORDERED.

21

22  DATED:  Oct. 20, 2006 ___    _____
                                 UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

27

28

                                                -2-                  CASE NO. C06-1657 CRB
            STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE